UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: Phenylpropanolamine (PPA) Products ) <br> Liability Litigation ) <br> ) <br> _____ ) <br> This document relates to: ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> *Charles Ellis v. Wal-Mart, Inc., et al.* ) <br> Case No. 03-cv-03670 ) <br> _____ ) | MDL NO. 1407 <br><br> ~~PROPOSED~~ <br> AGREED ORDER OF DISMISSAL <br> WITHOUT PREJUDICE OF <br> WAL-MART STORES, INC. |

This matter is before the Court on the *ore tenus* motion of the Plaintiff Charles Ellis to dismiss Wal-Mart Stores, Inc., from the above-referenced action. Plaintiff moves to dismiss Wal-Mart Stores, Inc., from this action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court having considered this matter and having been fully advised that Plaintiff has agreed to dismiss all claims against Wal-Mart Stores, Inc. in this action, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of Plaintiff's claims against Wal-Mart Stores, Inc., are hereby dismissed without prejudice and Wal-Mart Stores, Inc is dismissed as a defendant from this action.

SO ORDERED AND ADJUDGED this the 7th day of April, 2006.

_____
HON. BARBARA J. ROTHSTEIN
United States District Judge

AGREED AS TO CONTENT AND FORM:

  s/ Edward A. Williamson
Edward A. Williamson (MSB No. 7276)
EDWARD A. WILLIAMSON LAW FIRM
509 A Church Avenue
Philadelphia, MS 39250
**Attorney for Plaintiffs**

  s/ Thomas M. Louis
Thomas M. Louis (MSB No. 8484)
Edley H. Jones, III (MSB No. 3201)
WELLS, MARBLE & HURST, PLLC
600 Lamar Life Building
Post Office Box 131
Jackson, Mississippi 39205-0131
**Attorneys for Defendant Wal-Mart Stores, Inc.**